**Order entered March 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01637-CV

### DR. RICHARD MALOUF AND LEANNE MALOUF, Appellant

### V.

### GRAHAM WOOD AND AOL, INC., Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06268-C**

## ORDER

The Court has before it the joint motion to set briefing schedule filed by Appellant, Dr. Richard Malouf, and Appellees, Graham Wood and AOL, Inc., in which the parties request the Court to establish a combined briefing schedule for the appeal and cross-appeal. The Court **GRANTS** the motion. The briefing deadlines and word limits are as follows:

| Brief | Deadline | Word Limit |
|---|---|---|
| Malouf's appellant's brief | May 9, 2014 | 15,000 words |
| Combined appellee's brief for Wood and appellant's brief for AOL | June 13, 2014 | 19,500 words |
| Malouf's combined appellee's brief and appellant's reply brief | July 18, 2014 | 12,000 words |
| AOL's appellant's reply brief | August 8, 2014 | 7,500 words |

Having reviewed the clerk's record, the Court has a question concerning its jurisdiction over the portion of the appeal filed by Dr. Richard Malouf concerning the trial court's order, signed November 5, 2013, in which the trial court dismissed Malouf's claims against defendant Graham Wood. The various orders included in the record before the Court do not appear to dispose of all the claims and parties remaining in the case. Generally, this Court has jurisdiction only over appeals from final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if permitted by statute. *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992). Although the trial court has included language in its order of dismissal stating that the order dismissing the claims against Wood is a final, appealable order, the record before the Court does not include an order severing Malouf's claims against Wood from the claims, issues and parties remaining in the case.

Accordingly, Malouf is requested to file, within 10 days of the date of this order, a jurisdictional letter brief of no more than 5 pages explaining how this Court has jurisdiction over the portion of the appeal concerning the dismissal of Malouf's claims against Wood. Wood may file a responsive letter brief of no more than 5 pages within 10 days of Malouf's letter brief. If either party will be relying on information not in the record before this Court that party must obtain a supplemental clerk's record from the trial court containing that information.

/s/     ELIZABETH LANG-MIERS
         JUSTICE